# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-1798
LT Case No. 55-2023-CA-1857

_____

SCHMIDT REAL ESTATE
FLORIDA—MIDSTATE, LLC d/b/a
COLDWELL BANKER
COMMERCIAL PREMIER
PROPERTIES,

    Appellant,

    v.

1750 DOBBS ROAD, LLC, LAUREL
RIDGE INVESTMENT
MANAGEMENT, LLC, LR
ADVISORS, LLC, OSCAR U. MUTZ,
III, AND SRS DISTRIBUTION, INC.,

    Appellees.

_____


On appeal from the Circuit Court for St. Johns County.
Kenneth James Janesk, II, Judge.

Scott W. Kraemer, of Kuiper Kraemer PC, Grand Rapids, MI, for
Appellant.

Christopher J. Bonti, of Johnson Pope Bokor Ruppel & Burns,
LLP, Tampa, for Appellees, 1750 Dobbs Road, LLC, Oscar U.
Mutz, III, Laurel Ridge Investment Management, LLC and LR
Advisors, LLC.

David D. Burns, of Ferrelle Burns, P.A., Neptune Beach, for Appellee, SRS Distribution, Inc.

May 14, 2026

PER CURIAM.

AFFIRMED.

JAY, C.J., and EDWARDS and HARRIS, JJ., concur.

—————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

—————————————